DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
CLAYTON, ELEANOR KAYE

Case No. 07-02578-FLK13

Debtor

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $27.07, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claimant | Last Known Address | Amount |
|---|---|---|
| CLAYTON, ELEANOR KAYE | 9202 W GAGE BLVD APT Y-203<br>KENNEWICK, WA 99336 | $27.07 |

Dated: March 02, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

*Receipt 4875837      3-11-11      #27.07*

07-02578-FLK13    Doc 37    Filed 03/11/11    Entered 03/11/11 11:00:55    Pg 1 of 1